UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN GRAY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARREN VERBANCE, et al.,<br><br>    Defendants. | Case No. 25-cv-07307-VKD<br><br>**ORDER REFERRING CASE FOR PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rules 3-12(c), the above-captioned matter is referred to the Honorable Noël Wise for consideration of whether the case is related to Case No. 5:25-cv-06967-NW *Gray v. Verbance*.

**IT IS SO ORDERED.**

Dated: September 12, 2025

Virginia K. DeMarchi
United States Magistrate Judge